IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **REGINALD JOHNSON,**            ) | |
|     **Plaintiff,**               ) | |
|                                  ) | |
| **v.**                           ) | **CIVIL ACTION 1:22-00255-KD-MU** |
|                                  ) | |
| **CITY OF SATSUMA, AL,** *et al.,* ) | |
|     **Defendants.**              ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 25, 2022, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that:

1) Plaintiff is **ENJOINED** from pursuing the instant complaint against Maurice Kirk Harless and/or MKH Properties in this Court or any other forum and the instant complaint against Maurice Kirk Harless (Doc. 1) is **DISMISSED with prejudice;**

2) The motion to dismiss filed by the City of Satsuma is **GRANTED** and Plaintiff's complaint against the City of Satsuma (Doc. 1) is **DISMISSED with prejudice**;

3) Plaintiff's Motion to Vacate Judgment for Fraud on the Court Under Rule 60(d)(3) in United States District Court (Doc. 5) is **DENIED**;

4) Plaintiff's Motion for Equal Protection of the Law (Doc. 16) is **DENIED**;

5) Plaintiff's Motion to Amend Complaint for a More Definite Statement as Motioned for in the Defendant's Response to the Court (Doc. 18) is **DENIED** as futile; and

6) Plaintiff's Motion for a Default Judgment (Doc. 21) is **DENIED**.

**DONE** and **ORDERED** this the **13th** day of **December 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**