**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **REGINALD JOHNSON,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 1:22-00255-KD-MU** |
| | ) | |
| **CITY OF SATSUMA, AL,** *et al.*, | ) | |
|     **Defendants.** | ) | |

**JUDGMENT**

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that: the Plaintiff's Complaint is **DISMISSED with prejudice;** and the Plaintiff is **ENJOINED** from pursuing the claims set forth in the instant complaint against Maurice Kirk Harless and/or MKH Properties in this Court or any other forum.

**DONE** and **ORDERED** this the **13th** day of **December 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**